UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FRANCISCO JAVIER RAMOS
PORTOCARRERO,

                              Plaintiff,

        - against -

MR. CAMERON LINDSAY and
MR. LOUIS WILLIAMS,

                              Defendants.
--------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★★ NOV 03 2009
P.M.
TIME A.M.

**ORDER**
**08 CV 3618 (SLT)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated October 22, 2009, plaintiff requests a thirty day extension to comply with

the Court's Order.  See docket entry 25.  Plaintiff also files a brief.  See docket entry 26.

Plaintiff's request for an extension of time is denied as moot as on October 21, 2009, the Court

set the schedule for defendants' motion.  The motion schedule is attached hereto for plaintiff's

convenience.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: November 2, 2009
       Brooklyn, New York

