Francisco J. Ramos-Portocarrero
A # 077-017-108
Orange County Jail
110 Wells Farm Road
Goshen, New York 10924

February 18, 2010

Honorable Sandra L. Townes
United States District judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y**
★ MAR 01 2010
P.M.
TIME A.M.

The application is  X  granted.
                      ___ denied.
SO ORDERED.

Sandra L. Townes, U.S.D.J.
Dated: Brooklyn, New York

RE: Portocarrero V. Lindsay and Williams
NO. CV - 08 – 3618 (Townes, J.) Bloom, M. J.)

Dear Judge Townes:

I, Francisco J. Ramos-Portocarrero, I am the plaintiff in the above matter respectfully request that they be provided me with an additional (45) forty-five days to reply to the defendant summary judgment. According to the defendant Summary judgment, I had to submit my response to the eastern District Of New York before February 26, 2010. Unfortunately, I am in detention, and I am representing myself, I am unable to send my response before the dead line.

Therefore, I humble ask to Honorable Sandra L. Townes to grant me forty-five days so I can have time to submit my reply.

Once again thank you for your time and understanding to the above matter.

Respectfully Submitted,

Francisco J. Ramos P.
Francisco J. Ramos-Portocarrero
Pro-Se

Sworn Before me  Francisco Ramos  on this Day of February 2010

Notary Public

VINCENT J. CZUBAK
Notary Public, State of New York
No. 01CZ6102072
Qualified in Sullivan County
Commission Expires November 24, 2011